# EXHIBIT 2
## TO
"Registration of Judgment of the United States District Court for the Eastern District of Virginia for Enforcement"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



OLIVIA RUX, et al.,

    Plaintiffs,

v.                                Civil Action No. 2:04cv428

THE REPUBLIC OF SUDAN,

    Defendant.

## ORDER

This matter is before the Court on Plaintiffs Olivia Rux *et. al*'s ("Plaintiffs'") motion to amend this Court's Opinion & Order ("Order") of July 25, 2007, to enter judgment in the name of Plaintiffs' personal representative under the Death on the High Seas Act, 46 U.S.C. app. § 761 et seq., and to award prejudgment interest [Doc. No. 86].

Plaintiffs' Motion is **GRANTED**. It is hereby **ORDERED**, pursuant to Federal Rule of Civil Procedure 60(a), that the Order of July 25, 2007, which awarded judgments for stated individuals, is hereby **AMENDED** such that the portion of the Order that provides judgments for each individual for stated amounts by each individuals' name is vacated and in place thereof it is substituted as follows:

It is hereby **ORDERED** that judgment is entered for the personal representative of each of the below-listed decedents in the following manner for the exclusive benefit of each of the listed individuals as set forth below:

1. Timothy Sceviour, as personal representative of Kenneth Eugene Clodfelter, in the sum of $498,462 plus interest at eight (8) percent per annum from October 12, 2000, to July 25,

1

2007, and post-judgment interest at the applicable post-judgment federal rate from July 25, 2007, until paid in full, for the exclusive benefit of Jennifer Clodfelter (spouse) in the sum of $296,631 plus interest as above set forth, and Noah Clodfelter (son) in the sum of $201,831 plus interest as above set forth;

2. Timothy Sceviour, as personal representative of Richard Costelow, in the sum of $998,336 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate from July 25, 2007 until paid in full, for the exclusive benefit of Sharla Costelow (wife) in the sum of $549,658 plus interest as above set forth, and Ethan Costelow (son) in the sum of $235,309 plus interest as above set forth, and Brady Costelow (son) in the sum of $213,369 plus interest as above set forth;

3. Timothy Sceviour, as personal representative of Lakeina Monique Francis, in the sum of $209,296 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Ronald Wallace Francis (father) in the sum of $104,648 plus interest as above set forth, and Sandra Annette Francis (mother) in the sum of $104,648 plus interest as above set forth;

4. Timothy Sceviour, personal representative of Timothy Lee Gauna, in the sum of $269,898 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Sarah Gauna Esquival (mother) in the sum of $269,898 plus interest as above set forth;

5. Timothy Sceviour, personal representative of Cherone Louis Gunn, in the sum of $272,620 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Louge Gunn (father) in the sum of $136,310 plus interest as above set forth, and Mona Gunn (mother) in the sum of $136,310 plus interest as above set forth;

6. Timothy Sceviour, personal representative of James Rodrick McDaniels, in the sum of $541,750 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of James Rodrick McDaniels, Jr. (son) in the sum of $329,162 plus interest as above set forth, and Diane McDaniels (mother) in the sum of $212,588 plus interest as above set forth;

7. Timothy Sceviour, personal representative of Marc Ian Nieto, in the sum of $362,411 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Jesse Leroy Nieto (father) in the sum of $362,411 plus interest as above set forth;

8. Timothy Sceviour, personal representative of Ronald Scott Owens, in the sum of $460,387 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Jamie Owens (wife) in the sum of $271,210 plus interest as above set forth, and Isabella Marie Owens (daughter) in the sum of $189,177 plus interest as above set forth;

9. Timothy Sceviour, personal representative of Lakiba Nicole Palmer, in the sum of $529,376 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007,

and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Capri Kumar (daughter) in the sum of $267,556 plus interest as above set forth, and Teresa Smith (mother) in the sum of $261,820 plus interest as above set forth;

10. Timothy Sceviour, personal representative of Joshua Langdon Parlett, in the sum of $234,836 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Leroy Parlett (father) in the sum of $117,418 plus interest as above set forth, and Etta Parlett (mother) in the sum of $117,418 plus interest as above set forth;

11. Timothy Sceviour, personal representative of Patrick Howard Roy, in the sum of $234,835 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Kate Brown (mother) in the sum of $234,835 plus interest as above set forth;

12. Timothy Sceviour, personal representative of Kevin Shawn Rux, in the sum of $471,327 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Olivia Rux (wife) in the sum of $471,327 plus interest as above set forth;

13. Timothy Sceviour, personal representative of Ronchester Mananga Santiago, in the sum of $315,416 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Rogelio Santiago (father) in the sum of $157,708 plus interest as above set forth, and Simeona Santiago (mother) in the sum of $157,708 plus interest as above set forth;

14. Timothy Sceviour, personal representative of Timothy Lamont Saunders, in the sum of $693,172 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Jacqueline Saunders (wife) in the sum of $368,126 plus interest as above set forth, Isley Gayle Saunders (daughter) in the sum of $147,666 plus interest as above set forth, and Jocelyn Tiera Saunders (daughter) in the sum of $177,380 plus interest as above set forth;

15. Timothy Sceviour, personal representative of Gary Graham Swenchonis, in the sum of $283,550 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Gary G. Swenchonis (father) in the sum of $141,175 plus interest as above set forth, and Deborah Swenchonis (mother) in the sum of $142,375 plus interest as above set forth;

16. Timothy Sceviour, personal representative of Andrew Triplett, in the sum of $1,273,694 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Lorrie D. Triplett (wife) in the sum of $781,465 plus interest as above set forth, Andrea Triplett (daughter) in the sum of $220,561 plus interest as above set forth, and Savannah R. Triplett (daughter) in the sum of $271,668 plus interest as above set forth;

17. Timothy Sceviour, personal representative of Craig Brian Wibberly, in the sum of $306,978 plus interest at eight (8) percent per annum from October 12, 2000, to July 25, 2007, and post-judgment interest at the applicable post-judgment federal rate until paid in full, for the exclusive benefit of Thomas Wibberly (father) in the sum of $153,489 plus interest as above set

forth, and Patricia Wibberly (mother) in the sum of $153,489 plus interest as above set forth.

The judgments against Defendant Republic of Sudan total $7,956,344 plus interest as stated above.

The Clerk of the Court is **DIRECTED** to transmit a copy of this Order to all counsel of record via United States mail.

**IT IS SO ORDERED.**

/s/
UNITED STATES DISTRICT JUDGE

August 2, 2007
Norfolk, Virginia

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY /s/ Valerie H. Ward
DEPUTY CLERK